## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ALONZO HAMPTON**                                                                 **PLAINTIFF**
*ADC #137559*

**v.**                              **CASE NO. 4:25-CV-00217-BSM**

**JORDAN ABLES,** *et al.*                                                        **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE